AMERICAN MORTG. CO. OF SCOTLAND, Limited, v. CROW et al.

(Circuit Court, D. Oregon. May 20, 1893.)

No. 1,915.

In Equity.

Zera Snow, for plaintiff.
Raleigh Stott, for defendants.

BELLINGER, District Judge. The questions in this case are substantially the same as those in the case of Mortgage Co. v. Hopper, 56 Fed. Rep. 67, and the same decree will be entered in this case as in that.